[No. 38153-2-II. Division Two. September 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD J. HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00179-2, Toni A. Sheldon, J., entered August 4, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 38176-1-II. Division Two. September 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD J. HART, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00227-9, F. Mark McCauley, J., entered July 14, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Appelwick and Quinn-Brintnall, JJ.

[No. 38258-0-II. Division Two. September 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DYLAN ROBERT YEATES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00767-9, John P. Wulle, J., entered July 28, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38483-3-II. Division Two. September 9, 2009.]

HELEN D. IMMELT, *Appellant*, v. WILHELM BONNEVILLE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-02906-4, H. Edward Haarmann, J. Pro Tem., entered September 26, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.